1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

**FILED**

JUN 1 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:13-CV-01173-JAM-CKD

12                 Plaintiff,               ORDER REGARDING CLERK'S
                                            ISSUANCE OF WARRANT FOR
13          v.                              ARREST OF ARTICLES *IN REM*

14  APPROXIMATELY $67,900.00 IN U.S.
    CURRENCY, and
15
    APPROXIMATELY $3,722.00 IN U.S.
16  CURRENCY,

17                 Defendants.

18

19      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 11,

20  2013, in the United States District Court for the Eastern District of California, alleging

21  that the defendants Approximately $67,900.00 in U.S. Currency and Approximately

22  $3,722.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to

23  the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C.

24  §§ 841 *et seq.*;

25      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

26  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent James

27  Delaney, there is probable cause to believe that the defendant currency so described

28  constitutes property that is subject to forfeiture for such violation(s), and that grounds for

                                    1

1  the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)

2  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

3  Actions;

4          IT IS HEREBY ORDERED that the Clerk for the United States District

5  Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem*

6  for the defendant currency.

7  Dated: **6/12/13**

8                                          DALE A. DROZD
                                            United States Magistrate Judge
9

2

Order Re Clerk's Issuance of Warrant for Arrest