BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01173-JAM-AC |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $67,900.00 IN U.S CURRENCY, and | |
| APPROXIMATELY $3,722.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil action *in rem* brought Approximately $67,900.00 in U.S. Currency and Approximately $3,722.00 in U.S. Currency ("defendant currency"), which was seized on or about October 1, 2012.

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 11, 2013, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.  On June 12, 2013, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on June 17, 2013.

4. Beginning on June 20, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 22, 2013.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Alejandro Yovani Lopez

    b. Raymundo Camacho

    c. Adrian Ramirez

    d. Toribio Galvan Cruz

    e. Mirtha Villafana Ambriz

6. Claimant Alejandro Yovani Lopez filed a claim alleging an interest in the defendant currency on July 12, 2013 and filed an answer on July 30, 2013. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8. Judgment is hereby entered against claimant Alejandro Yovani Lopez and all other potential claimants who have not filed claims in this action.

9. Upon entry of a Final Judgment of Forfeiture, $52,900.00 of the $67,900.00 in U.S. Currency and Approximately $3,722.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

10. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $15,000.00 of the $67,900.00 in U.S. Currency shall be returned to claimant Alejandro Yovani Lopez, through his attorney Lawrence T. Niermeyer.

11. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Alejandro Yovani Lopez waived the provisions of California Civil Code § 1542.

12. Claimant Alejandro Yovani Lopez waives any and all claim or right to interest that may have accrued on the defendant currency.

13. All parties are to bear their own costs and attorneys' fees.

14. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

<u>CERTIFICATE OF REASONABLE CAUSE</u>

15. Based upon the allegations set forth in the Complaint filed June 11,  2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 14th day of April, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge